IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

MISSOULA SOFTWARE AND SALES, LLC, a Montana limited liability company, and JAY STRATEMEYER,

Plaintiffs/Counterclaim Defendants,

vs.

SPARUS HOLDINGS, LLC, a Delaware limited liability company, and JOHN DOES 1-50,

Defendant/Counterclaim Plaintiff

CV 26-139-M-KLD

ORDER OF RECUSAL

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 16th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge